JS-6
Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG 25 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PHILLIP JOSEPH,                           )     Case No. SACV 08-882-AHS (RNB)
                                          )
              Petitioner,                 )
                                          )          **J U D G M E N T**
     vs.                                  )
                                          )
LARRY SMALL,                              )
                                          )
              Respondent.                 )
_____)

        Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

        IT IS HEREBY ADJUDGED that this action is summarily dismissed, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 25 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

DATED:   AUG 25 2008


_____
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE